## Richmond.

COMMONWEALTH OF VIRGINIA v. GEORGE WADE.

January 29, 1924.

Error to a judgment of the Circuit Court of Spotsylvania county.

*Reversed.*

*S. P. Powell, D. V. M. Powell, John R. Saunders, Attorney-General, J. D. Hank, Jr., Assistant Attorney-General,* and *Leon M. Bazile, Second Assistant Attorney-General,* for the Commonwealth.

*W. W. Butzner* and *Wm. K. Goolrick,* for the defendant in error.

PER CURIAM.

This case is substantially similar in its facts to the companion case of *Commonwealth* v. *John Springer, Jr., ante,* page 719, 121 S. E. 654, decided to-day, and, for the reasons stated in the opinion in that case, the judgment of the lower court is reversed, and the cause remanded for further proceedings to be had not in conflict with the views therein expressed.

*Reversed.*